1   Venkat Balasubramani, Bar No. 189192
    *venkat@focallaw.com*
2   **FOCAL PLLC**
    800 Fifth Ave, Suite 4100
3   Seattle, Washington 98104
    Phone: (206) 529-4827
4   Fax: (206) 260-3966

5
    Richard P. Sybert, Bar No. 80731
6   *rsybert@gordonrees.com*
    Yuo-Fong Amato, Bar No. 261453
7   *bamato@gordonrees.com*
8   **GORDON & REES, LLP**
    101 West Broadway, Suite 1600
9   San Diego, California 92101
    Phone: (619) 696-6700
10  Fax: (619) 696-7124

11
    Attorneys for Defendant
12  MEGAUPLOAD LTD.

13
                    UNITED STATES DISTRICT COURT
14                  SOUTHERN DISTRICT OF CALIFORNIA

15  PERFECT 10, INC.,  a California corporation,    Case No. 11cv0191 IEG BLM

16
                        Plaintiff,                  **DEFENDANT MEGAUPLOAD
17          v.                                      LIMITED'S NOTICE OF PARTY WITH
                                                    FINANCIAL INTEREST**
18  MEGAUPLOAD LIMITED, a Hong Kong
19  corporation; KIM SCHMITZ, an individual;
    and DOES 1 through 100, inclusive,
20
                        Defendants.
21

22

23  //

24  //

25  //

26  //

27  //

28  //

DEFENDANT MEGAUPLOAD                                        Case No. 11cv0191 IEG BLM
LIMITED'S LOCAL RULE 40.2
NOTICE OF PARTY WITH                         1
FINANCIAL INTEREST

1        Pursuant to Local Civil Rule 40.2, Megaupload Limited hereby notifies this Court that it

2    has no parent corporation and no publicly held company owns ten percent or more of its stock.

3    Dated: March 28, 2011

4                                                            Respectfully submitted,

5                                                            **Focal PLLC**

6                                            By:    */s/ Venkat Balasubramani*
                                                           Venkat Balasubramani
7

8                                                            **Gordon & Rees LLP**

9                                                            Richard P. Sybert
                                                           Yuo-Fong Amato
10

11                                                           Attorneys for Defendant Megaupload Limited

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MEGAUPLOAD                                              Case No. 11cv0191 IEG BLM
LIMITED'S LOCAL RULE 40.2
NOTICE OF PARTY WITH                              2
FINANCIAL INTEREST

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that on March 28, 2011, I caused the foregoing Notice

3   of Party With Financial Interest to be filed via the CM/ECF system and served on opposing

4   counsel via electronic notification.

5        I declare under penalty of perjury under the laws of the United States and the State of

6   California that the foregoing is true and correct and that this declaration was executed on March

7   28, 2011 at Seattle, Washington.

8

9                                     */s/ Venkat Balasubramani*
                                       Venkat Balasubramani
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MEGAUPLOAD                                           Case No. 11cv0191 IEG BLM
LIMITED'S LOCAL RULE 40.2                        3
NOTICE OF PARTY WITH
FINANCIAL INTEREST