Venkat Balasubramani, Bar No. 189192
venkat@focallaw.com
**FOCAL PLLC**
800 Fifth Ave, Suite 4100
Seattle, Washington 98104
Phone: (206) 529-4827
Fax: (206) 260-3966

Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
You-Fong Amato, Bar No. 261453
bamato@gordonrees.com
**GORDON & REES, LLP**
101 West Broadway, Suite 1600
San Diego, California 92101
Phone: (619) 696-6700
Fax: (619) 696-7124

Attorneys for Defendant
MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEGAUPLOAD LIMITED, a Hong Kong corporation; KIM SCHMITZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11cv0191 IEG BLM<br><br>**DECLARATION OF BRAM van der KOLK IN SUPPORT OF DEFENDANT MEGAUPLOAD LIMITED'S MOTION TO DISMISS** |

I, Bram van der Kolk, declare and testify as follows:

1. I am an employee of Megaupload Limited ("Megaupload"), which operates a virtual locker service at <megaupload.com>. I am responsible for taking down content in response to Digital Millennium Copyright Act (DMCA) takedown notices which are sent to Megaupload. As such, I am familiar with and have personal knowledge regarding its practices for receiving and acting on takedown notices, including those sent to the email address legal@megaupload.com. I also have personal knowledge that Megaupload had designated an

1

DECLARATION OF BRAM van der KOLK                                   Case No. 11cv0191 IEG BLM

1. agent to receive claims of copyright infringement, and had filed a designation of agent to receive notification of claims of infringement with the United States Copyright Office. Megaupload also had in place a DMCA policy pursuant to which it would remove or disable content when it received a DMCA takedown notice, and otherwise act in compliance with the DMCA. Megaupload's policies (as well as information regarding where to send takedown notices) were posted on its website in a publicly accessible location. All of these steps were taken prior to the date the notices described below were sent to Megaupload, and are currently in place.

2. Between July 23, 2010 and August 8, 2010, Megaupload received 22 emails from "Norm Zada, Ph.D." True and correct copies of those emails are attached as Exhibits to this declaration.

3. One of the emails in question (Exhibit 22) referenced "Perfect 10" and requested that certain content be taken down. Within twenty four hours from receiving this email, the content identified in the email was taken down.

4. Two of the emails (Exhibits 20 and 21) in question did not reference copyrighted materials owned by Perfect 10, but alleged that Mr. Zada's company had been assigned the rights of publicity by the individuals depicted in certain materials. The emails did not identify Perfect 10, but requested that the content referenced in the emails be taken down. Within a period of twenty four hours from receiving these emails, the content identified in the email was taken down.

5. The remaining emails did not request that any content be taken down, did not appear to be sent by the owner of any copyrighted materials, and did not otherwise comply with the requirements Megaupload had in place for submitting DMCA takedown notices. Megaupload nevertheless took down the content identified in the emails.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on: March 28, 2011

Bram van der Kolk

2

DECLARATION OF BRAM van der KOLK                                   Case No. 11cv0191 IEG BLM