Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>MEGAUPLOAD LIMITED, a Hong Kong corporation; KIM SCHMITZ, an individual; and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. 11CV0191 IEG BLM<br><br>**AMENDED JOINT MOTION REQUESTING CONTINUANCE OF MOTION TO DISMISS HEARING**<br><br>Hon. Irma E. Gonzalez |

TO THE COURT:

Pursuant to Civil Local Rule 7.2, governing stipulations by joint motion, plaintiff Perfect 10, Inc. ("Perfect 10") and defendant Megaupload Limited ("Megaupload") hereby submit this amended joint motion requesting that the Court continue Megaupload's motion to dismiss, currently scheduled for April 25, 2011 for at least one week and on the first available date on the Court's

1  calendar thereafter. The parties further agree that the briefing schedule shall be
2  based on the newly-scheduled hearing date.
3        The basis of this request is that Perfect 10's counsel, Eric J. Benink, will
4  be out of town on vacation on April 25, 2011 and defendant has no objection to
5  continuing the hearing in order to accommodate Mr. Benink's schedule.
6
7  DATED: April 7, 2011
8                                Eric J. Benink
                              Attorneys for Plaintiff
9                                Perfect 10, Inc.
10
11
12  DATED: April 7, 2011
                              Venkat Balasubramani
13                                Attorneys for Defendant
14                                Megaupload Limited
15
16
17
18
19
20
21
22
23
24
25
26
27
28