Venkat Balasubramani, Bar No. 189192
venkat@focallaw.com
FOCAL, PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Phone: (206) 529-4827
Fax: (206) 260-3966

Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Yuo-Fong C. Amato, Bar No. 261453
email bamato@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Attorneys for Defendant
MEGAUPLOAD LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. 11-cv-0191 IEG BLM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| MEGAUPLOAD LIMITED, a Hong Kong corporation; KIM SCHMITZ, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

-1-
NOTICE OF APPEARANCE

1  TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that Yuo-Fong C. Amato, from the law offices of Gordon &
4  Rees LLP, hereby files this Notice of Appearance in the above-captioned case as counsel for
5  Defendant MEGAUPLOAD LTD. in this matter and requests that copies of all briefs, motions,
6  orders, and other documents filed with the Court be electronically served upon the undersigned
7  at bamato@gordonrees.com.

Dated:  May 16, 2011

Respectfully submitted,

GORDON & REES LLP

by   s/Yuo-Fong C. Amato/
Richard P. Sybert
Yuo-Fong C. Amato
Attorneys for Defendant
MEGAUPLOAD LTD.

**CERTIFICATE OF E-FILE SERVICE**

I hereby certify that on May 16, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail (N/A). Parties may access this filing through the Court's electronic filing system.

**Eric Benink**
Krause Kalfayan Benink and Slavens
625 Broadway
Suite 635
San Diego, CA 92101
(619)232-0331
(619)232-4019 (fax)
eric@kkbs-law.com

*Counsel for Plaintiff*
*Perfect 10, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on May 16, 2011, in the City of San Diego, State of California.

*/s/ Yuo-Fong C. Amato*
Yuo-Fong C. Amato