1 | Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
2 | Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
3 | San Diego, CA  92101
(619) 232-0331 (ph)
4 | (619) 232-4019 (fax)
eric@kkbs-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation, | CASE NO.  11CV0191 IEG BLM |
|---|---|
| Plaintiff, | **JOINT MOTION REQUESTING THE COURT TO SET DEADLINES FOR MEGAUPLOAD LIMITED TO ANSWER AND FILE A RESPONSIVE PLEADING** |
| v. | |
| MEGAUPLOAD LIMITED, a Hong Kong corporation; KIM SCHMITZ, an individual; and DOES 1 through 100, inclusive, | Hon. Irma E. Gonzalez |
| Defendants. | |

TO THE COURT:

Pursuant to Civil Local Rule 7.2, governing stipulations by joint motion, plaintiff Perfect 10, Inc. ("Perfect 10") and defendant Megaupload Limited ("Megaupload")  hereby submit this joint motion requesting that the Court, in order to accommodate the schedules of the parties and their counsel, extend Perfect 10's time to file an Amended Complaint, previously extended by twelve (12) days by Order of the Court (Doc. No.  18) for an additional (10) days and

1

set Megaupload's time to file an Answer or responsive pleading (or both) to twenty one (21) days after Perfect 10 files its Amended Complaint. Thus, the Amended Complaint shall be filed no later than September 8, 2011 and any responsive pleadings shall be filed no later than 21 days after the Amended Complaint is filed.

DATED: August 25, 2011    /s/ Eric J. Benink
_____
Eric J. Benink
Attorneys for Plaintiff
Perfect 10, Inc.

DATED: August 25, 2011    /s/ Venkat Balasubramani
_____
Venkat Balasubramani
Attorneys for Defendant
Megaupload Limited