Venkat Balasubramani, Bar No. 189192
*venkat@focallaw.com*
**FOCAL PLLC**
800 Fifth Ave, Suite 4100
Seattle, Washington 98104
Phone: (206) 529-4827
Fax: (206) 260-3966

Richard P. Sybert, Bar No. 80731
*rsybert@gordonrees.com*
Yuo-Fong Amato, Bar No. 261453
*bamato@gordonrees.com*
**GORDON & REES, LLP**
101 West Broadway, Suite 1600
San Diego, California 92101
Phone: (619) 696-6700
Fax: (619) 696-7124

Attorneys for Defendant
MEGAUPLOAD LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>MEGAUPLOAD LIMITED, a Hong Kong corporation; KIM SCHMITZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11cv0191 IEG BLM<br><br>**DEFENDANT MEGAUPLOAD LIMITED'S NOTICE OF JOINT MOTION FOR VACATUR**<br><br>**Honorable Irma E. Gonzalez** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Megaupload Limited ("Mega") and Perfect 10, Inc. will and hereby jointly move the Court to vacate the Court's July 26, 2011 Order Granting In Part And Denying In Part Defendant Megaupload's Motion to Dismiss (Dkt No. 16) (the "MTD Order").

This motion is based upon this Notice of Motion and Motion, Memorandum of Points

1

1 and Authorities in support thereof, the Declaration of <u>Venkat Balasubramani</u>, and all pleadings,
2 papers, and records on file in this action, and such matters which this Court may take judicial
3 notice, and upon such further oral argument and documentary evidence as may be presented at
4 the time of the hearing.

6 Dated: September 23, 2011

Respectfully submitted,

**Focal PLLC**

By:   /s/ Venkat Balasubramani
Venkat Balasubramani

**Gordon & Rees LLP**

Richard P. Sybert
Yuo-Fong Amato

Attorneys for Defendant Megaupload Limited

**Krause Kalfayan Benink & Slavens, LLP**

By:   /s/ Eric J. Benink
Eric J. Benink
Attorneys for Plaintiff

Perfect 10, Inc.

2
DEFENDANT MEGAUPLOAD LIMITED'S                                    Case No. 11cv0191 IEG BLM
NOTICE OF MOTION AND MOTION TO VACATE

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric J. Benink, attorney for Plaintiff Perfect 10, Inc., and that I have obtained Eric J. Benink's authorization to affix his electronic signature to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on September 23, 2011, in the City of Seattle, State of Washington.

*s/ Venkat Balasubramani*
Venkat Balasubramani

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2011, I caused the foregoing Notice of Motion and Motion to Dismiss (along with the Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Bram van der Kolk) to be filed via the Court's CM/ECF system and served on opposing counsel via electronic notification.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on September 23, 2011 at Seattle, Washington.

*/s/ Venkat Balasubramani*
Venkat Balasubramani

DEFENDANT MEGAUPLOAD LIMITED'S
NOTICE OF MOTION AND MOTION TO VACATE

Case No. 11cv0191 IEG BLM

4