1  Eric J. Benink, Esq., SBN 187434
   eric@kkbs-law.com
2  Krause Kalfayan Benink & Slavens, LLP
   625 Broadway, Suite 635
3  San Diego, CA  92101
   (619) 232-0331 (ph)
4  (619) 232-4019 (fax)
   eric@kkbs-law.com
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 | PERFECT 10, INC., a California | CASE NO.  11CV0191 IEG BLM
12 | corporation, |
   |                                 | **JOINT MOTION REQUESTING**
13 |         Plaintiff,              | **THE COURT TO DISMISS THE**
   |                                 | **CASE**
14 |     v.                          |
15 |                                 |
   | MEGAUPLOAD LIMITED, a Hong      | Hon. Irma E. Gonzalez
16 | Kong corporation; KIM SCHMITZ,  |
   | an individual; and DOES 1 through |
17 | 100, inclusive,                 |
18 |                                 |
   |         Defendants.             |
19

20

21 TO THE COURT:

22     Pursuant to Civil Local Rule 7.2, governing stipulations by joint motion,

23 plaintiff Perfect 10, Inc. ("Perfect 10") and defendant Megaupload Limited

24 ("Megaupload")  hereby submit this joint motion:  the parties have settled the

25 lawsuit pursuant to a confidential settlement agreement, and request that the

26 Court dismiss the lawsuit with prejudice, with each party to bear their own costs

27 and fees.

28

| | | |
|---|---|---|
| 1 | DATED: October 14, 2011 | /s/ Eric J. Benink |
| 2 | | |
| 3 | | _____ |
| | | Eric J. Benink |
| 4 | | Attorneys for Plaintiff |
| | | Perfect 10, Inc. |
| 5 | | |
| 6 | | |
| 7 | DATED: October 14, 2011 | /s/ Venkat Balasubramani |
| 8 | | _____ |
| | | Venkat Balasubramani |
| 9 | | Attorneys for Defendant |
| | | Megaupload Limited |

**SIGNATURE CERTIFICATION**

     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric J. Benink, attorney for Plaintiff Perfect 10, Inc., and that I have obtained Mr. Benink's authorization to affix his electronic signature to this document.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on October 14, 2011, in the City of Seattle, State of Washington.

                                          s/ Venkat Balasubramani
                                          Venkat Balasubramani

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2011, I caused the foregoing Joint Motion Request the Court to Dismiss the Case to be filed via the Court's CM/ECF system and served on opposing counsel via electronic notification.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on October 14, 2011 at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani