# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAUPLOAD LIMITED, a Hong Kong corporation, KIM SCHULTZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 11cv0191 - IEG (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 26] |

Presently before the Court is the parties' joint motion to dismiss the action, in its entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). [Doc. No. 26.] For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED:** October 18, 2011

*[signature]*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -                                                                                                         11cv0191